IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD BROOKS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.   09-1888 |
| CITY OF PHILADELPHIA, et al. | : | |

### AMENDED PRETRIAL SCHEDULING ORDER

AND NOW, this 4th day of March, 2010, upon consideration of Plaintiff's Motion to Enlarge the Scheduling Order (docket entry # 28), to which Defendant does not object, it is HEREBY ORDERED as follows:

1. All Discovery shall end on **MARCH 26, 2010**;

2. Dispositive/*Daubert* Motions shall be filed no later than **APRIL 26, 2010**, with courtesy copies delivered to chambers on the date of filing;

3. Responses to Dispositive/*Daubert* Motions shall be filed on or before **MAY 10, 2010**, with courtesy copies delivered to chambers on the date of filing;

4. Motions in Limine shall be filed on or before **MAY 17, 2010**, with courtesy copies delivered to chambers on the date of filing;

5. A Pretrial Stipulation, signed by all counsel, shall be filed by **MAY 17, 2010**, with courtesy copies delivered to chambers on the date of filing;
(See Standing Order Re Pretrial Stipulation, attached hereto)

6. Responses to Motions in Limine are on no later than **MAY 24, 2010**, with courtesy copies delivered to chambers on the date of filing;

7. A Final Pretrial Conference will be held in Chambers, Room 3006, United States Courthouse, 601 Market Street, Philadelphia PA, on **FRIDAY, JUNE 11, 2010, at 9:30 a.m.**, with jury selection to immediately follow in Courtroom 3D;

8. JURY TRIAL shall commence on **MONDAY, JUNE 14, 2010**, at 9:30 a.m., in Courtroom 3D, Third Floor, United States Courthouse, 601 Market Street, Philadelphia PA.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART, M.J.

JUDGE HART'S STANDING ORDER RE PRETRIAL STIPULATION

(JURY TRIAL)

In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(1) and (2), a Pretrial Stipulation shall be submitted, containing the following:

1. Agreed facts. A conscientious effort should be made to narrow the areas of dispute.

2. Each party's disputed facts.

3. Each party's exhibits, as marked for trial. (Any objections to authenticity should be noted or will be considered waived. Exhibits shall be provided to the Court in the form of two, jointly prepared, loose leaf Exhibit Books, each separately numbering Joint Exhibits, Plaintiff's Exhibits, and Defendant's Exhibits.)

4. Each party's witnesses and the subject matter of the witness's testimony. (PLEASE NOTE: JUDGE HART HAS AN ELECTRONIC COURTROOM WHICH CONTAINS AN ELMO DOCUMENT SYSTEM AND VIDEO REPLAY EQUIPMENT. IF YOU WILL BE USING THIS EQUIPMENT IN THE PRESENTATION OF YOUR CASE, AND WISH TO VIEW THE COURTROOM EQUIPMENT AND/OR REQUIRE TRAINING THEREON, PLEASE CONTACT CHAMBERS (215-597-2733) AT LEAST ONE WEEK PRIOR TO TRAIL TO MAKE AN APPOINTMENT WITH HIS STAFF)

5. Unusual issues - contentions and authority.

6. Proposed voir dire questions, requests for jury instructions, and a proposed jury verdict form. Counsel shall make a good faith effort to agree upon as many of these items as possible. ( THESE ITEMS ARE TO BE SUBMITTED ON DISK (WORDPERFECT IF POSSIBLE) AS WELL AS IN HARD COPY.)

7. The signed approval of trial counsel for each party.

IT SHALL BE THE RESPONSIBILITY OF PLAINTIFF'S COUNSEL TO CIRCULATE A DRAFT OF THIS PRETRIAL STIPULATION AT LEAST ONE WEEK BEFORE IT IS DUE.