IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD BROOKS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 09-1888 |
| CITY OF PHILADELPHIA, et al. | : | |

ORDER

AND NOW, this 5th day of October, 2010, upon consideration of Defendants' Motion for Summary Judgment, it is hereby ordered that the MOTION is GRANTED. JUDGMENT is ENTERED in favor of Defendants and against Plaintiffs, and Plaintiffs' Complaint is hereby DISMISSED with prejudice.

This case shall be marked CLOSED for statistical purposes.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE